# Order

Michigan Supreme Court
Lansing, Michigan

April 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162422

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

LISA DELYNN DELISLE,
    Defendant-Appellant.

SC: 162422
COA: 355346
Shiawassee CC: 2019-004107-FH
2019-004237-FH

_____/

On order of the Court, the application for leave to appeal the December 9, 2020 order of the Court of Appeals is considered. We DIRECT the Shiawassee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2021



Clerk

p0427